Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd.  8th Floor
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Fax: (925) 522-5306
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
KIWONDA BONSEIGNEUR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KIWONDA BONSEIGNEUR,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. EDCV 5:23-cv-02477-JC<br><br>ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $6,325.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   May 21, 2024                                  /s/
                                        HON. JACQUELINE CHOOLJIAN
                                        UNITED STATES MAGISTRATE JUDGE